UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In RE:  CASE NO: 07-50703-WSD

RONALD B COON
LUDEVINA D COON  Judge: WALTER SHAPERO.DETROIT
2012 WEST LAKE
NOVI, MI  48377

## CHAPTER 13 FINAL REPORT AND ACCOUNT

SSN#1 - XXX-XX-9268

SSN#2 - XXX-XX-9149

| This Case was | The Plan was | The Case was |
|---|---|---|
| Commenced on | Confirmed on | Concluded on |
| 05/31/2007 | 10/25/2007 | 12/10/2008 |

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements and are incorporated by reference in this report.

**HOLDERS OF ALLOWED CLAIMS:** Please take notice that you have 30 days from the date of service of this document to file an objection to this report. If no objection is timely filed, the Trustee may be discharged and the case may be closed without a hearing. If a timely

**RECEIPTS**: Amounts paid to Trustee by or for the Debtors for the benefit of Creditors: **$67,860.48**

## CLAIMS AND DISTRIBUTIONS TO DATE

| Claim # | Claimant Name Interest | Class Principal | Allowed | | Percent | Principal | |
|---|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSA | | 2,831.90 | | | 2,831.90 | |
| 0 | RONALD B COON | DEBTOR REFUND | 0.00 | 0.00% | 2,000.00 | 0.00 | 0.00 |
| 0 | AMBROSE LAW FIRM | ATTORNEY FEE | 3,000.00 | 100.00% | 1,980.00 | 0.00 | 0.00 |
| 1 | ABN AMRO MORTGAGE | M-MORTGAGE | 0.00 | 100.00% | 42,281.21 | 0.00 | 0.00 |
| 2 | ABN AMRO MORTGAGE | A-ARREARS | 11,817.56 | 100.00% | 0.00 | 0.00 | 11,817.56 |
| 3 | CHRYSLER FINANCIAL | V- VEHICLE | 16,362.76 | 100.00% | 16,349.32 | 1,289.16 | 13.44 |
| 4 | KENSINGTON VALLEY COMM | PAID IN FULL * Ve | 0.00 | 100.00% | 272.46 | 0.00 | (272.46) |
| 5 | SCHEDULED UNSECURED CRE | UNSECURED SCHE | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 |
| 6 | Calvary Portfolio/collection | U- UNSECURED | 982.70 | 100.00% | 0.00 | 0.00 | 982.70 |
| 7 | Capital One Bank | U- UNSECURED | 1,788.98 | 100.00% | 0.00 | 0.00 | 1,788.98 |
| 8 | Discover Bank/Discover Financial | U- UNSECURED | 5,738.20 | 100.00% | 0.00 | 0.00 | 5,738.20 |
| 9 | LVNV Funding LLC ASSIGNEE ( | U- UNSECURED | 10,063.93 | 100.00% | 0.00 | 0.00 | 10,063.93 |

| 10 | ROUNDUP FUNDING, LLC | U- UNSECURED | 117.42 | 100.00% | 0.00 | 0.00 | 117.42 |
| 11 | Chase Bank USA | U- UNSECURED | 1,057.58 | 100.00% | 0.00 | 0.00 | 1,057.58 |
| 12 | B-Real, LLC | U- UNSECURED | 1,953.34 | 100.00% | 0.00 | 0.00 | 1,953.34 |
| 13 | ECAST SETTLEMENT CORP | U- UNSECURED | 10,598.51 | 100.00% | 0.00 | 0.00 | 10,598.51 |
| 14 | CITIMORTGAGE INC | F-ADM EXP CLAIM | 852.88 | 100.00% | 852.88 | 3.55 | 0.00 |

## SUMMARY

Summary of disbursements during the administration of this plan:

| | ADMIN., CLAIMS AND REFUNDS | TOTAL PRINCIPAL AND | |
|---|---|---|---|
| UNSECURED | $32,300.66 | $0.00 | |
| SECURED | $28,180.32 | $60,192.15 | |
| PRIORITY | $852.88 | $856.43 | |
| ADMINISTRATIVE | $0.00 | $0.00 | |
| ATTORNEY | $3,000.00 | $1,980.00 | |
| TRUSTEE | $2,831.90 | $2,831.90 | |
| DEBTOR REFUND | $2,000.00 | $2,000.00 | |
| CLERK FEES | $0.00 | $0.00 | |
| | $69,165.76 | $67,860.48 | Total Disburseme |

Date of Service:  February 06, 2009

/s/  Tammy L. Terry

Tammy L. Terry, Trustee

### CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of the Chapter 13 Final Report and Account was mailed to Debtors, Debtors' Attorney, and the United States Trustee by First Class Mail. I also certify that on the date indicated below, a summary of the Chapter 13 Final Report and account was mailed to the holders of allowed claims by First Class Mail.

Dated:  02/06/2009                                       /s/  Alana Barnes

Alana Barnes

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In RE:  CASE NO: 07-50703-WSD

RONALD B COON
LUDEVINA D COON   Judge: WALTER SHAPERO.DETROIT
2012 WEST LAKE
NOVI, MI  48377

CHAPTER 13 FINAL REPORT AND ACCOUNT

SSN#1 - XXX-XX-9268

SSN#2 - XXX-XX-9149

| This Case was | The Plan was | The Case was |
|---|---|---|
| Commenced on | Confirmed on | Concluded on |
| 05/31/2007 | 10/25/2007 | 12/10/2008 |

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements and are incorporated by reference in this report.

**HOLDERS OF ALLOWED CLAIMS:** Please take notice that you have 30 days from the date of service of this document to file an objection to this report. If no objection is timely filed, the Trustee may be discharged and the case may be closed without a hearing. If a timely

**RECEIPTS**: Amounts paid to Trustee by or for the Debtors for the benefit of Creditors: **$67,860.48**

## CLAIMS AND DISTRIBUTIONS TO DATE

| Claim # | Claimant Name Interest | Class Principal | Allowed | | Percent | Principal | |
|---|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSA | | 2,831.90 | | | 2,831.90 | |
| 0 | RONALD B COON | DEBTOR REFUND | 0.00 | 0.00% | 2,000.00 | 0.00 | 0.00 |
| 0 | AMBROSE LAW FIRM | ATTORNEY FEE | 3,000.00 | 100.00% | 1,980.00 | 0.00 | 0.00 |
| 1 | ABN AMRO MORTGAGE | M-MORTGAGE | 0.00 | 100.00% | 42,281.21 | 0.00 | 0.00 |
| 2 | ABN AMRO MORTGAGE | A-ARREARS | 11,817.56 | 100.00% | 0.00 | 0.00 | 11,817.56 |
| 3 | CHRYSLER FINANCIAL | V- VEHICLE | 16,362.76 | 100.00% | 16,349.32 | 1,289.16 | 13.44 |
| 4 | KENSINGTON VALLEY COMM | PAID IN FULL * Ve | 0.00 | 100.00% | 272.46 | 0.00 | (272.46) |
| 5 | SCHEDULED UNSECURED CRE | UNSECURED SCHE | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 |
| 6 | Calvary Portfolio/collection | U- UNSECURED | 982.70 | 100.00% | 0.00 | 0.00 | 982.70 |
| 7 | Capital One Bank | U- UNSECURED | 1,788.98 | 100.00% | 0.00 | 0.00 | 1,788.98 |
| 8 | Discover Bank/Discover Financial | U- UNSECURED | 5,738.20 | 100.00% | 0.00 | 0.00 | 5,738.20 |
| 9 | LVNV Funding LLC ASSIGNEE ( | U- UNSECURED | 10,063.93 | 100.00% | 0.00 | 0.00 | 10,063.93 |

| 10 | ROUNDUP FUNDING, LLC | U- UNSECURED | 117.42 | 100.00% | 0.00 | 0.00 | 117.42 |
| 11 | Chase Bank USA | U- UNSECURED | 1,057.58 | 100.00% | 0.00 | 0.00 | 1,057.58 |
| 12 | B-Real, LLC | U- UNSECURED | 1,953.34 | 100.00% | 0.00 | 0.00 | 1,953.34 |
| 13 | ECAST SETTLEMENT CORP | U- UNSECURED | 10,598.51 | 100.00% | 0.00 | 0.00 | 10,598.51 |
| 14 | CITIMORTGAGE INC | F-ADM EXP CLAIM | 852.88 | 100.00% | 852.88 | 3.55 | 0.00 |

## SUMMARY

Summary of disbursements during the administration of this plan:

| | ADMIN., CLAIMS AND REFUNDS | TOTAL PRINCIPAL AND |
|---|---|---|
| UNSECURED | $32,300.66 | $0.00 |
| SECURED | $28,180.32 | $60,192.15 |
| PRIORITY | $852.88 | $856.43 |
| ADMINISTRATIVE | $0.00 | $0.00 |
| ATTORNEY | $3,000.00 | $1,980.00 |
| TRUSTEE | $2,831.90 | $2,831.90 |
| DEBTOR REFUND | $2,000.00 | $2,000.00 |
| CLERK FEES | $0.00 | $0.00 |
| | $69,165.76 | $67,860.48 | Total Disburseme |

Date of Service:  February 06, 2009

/s/  Tammy L. Terry

Tammy L. Terry, Trustee

### CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of the Chapter 13 Final Report and Account was mailed to Debtors, Debtors' Attorney, and the United States Trustee by First Class Mail. I also certify that on the date indicated below, a summary of the Chapter 13 Final Report and account was mailed to the holders of allowed claims by First Class Mail.

Dated:  02/06/2009                                                                 /s/  Alana Barnes

Alana Barnes